

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Stephanie Ann Allen | Civil Action No.   22-cv-00349-BGS |
| Plaintiff, | |
| V. | |
| Kilolo Kijakazi,<br>Acting Commissioner of Social Security | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The ALJ's decision is VACATED. This case is REMANDED to the ALJ for further proceedings consistent with this opinion. Case is closed.

Date:   9/27/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/  L. Sotelo

L. Sotelo, Deputy