# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE A. | ) Case No.: 3:22-cv-00349-BGS |
| Plaintiff, | ) |
| | ) ORDER ON JOINT MOTION FOR |
| v. | ) AWARD AND PAYMENT OF |
| | ) ATTORNEY FEES AND EXPENSES |
| KILOLO KIJAKAZI, | ) PURSUANT TO THE EQUAL |
| Commissioner of Social Security, | ) ACCESS TO JUSTICE ACT, 28 U.S.C. |
| | ) § 2412(D) |
| Defendant. | ) |

Pending before the Court is the parties' October 26, 2023, Joint Motion for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Based on the parties' submission and their stipulation to the fee award, the Court GRANTS the Joint Motion and awards to Stephanie A. attorney's fees in the amount of $4,200 as authorized by 28 U.S.C. § 2412 and no costs as authorized by 28 U.S.C. § 1920, subject to the terms of the Joint Motion, including, but not limited to, any offset as determined by the Government.

**IT IS SO ORDERED.**

Dated:  November 6, 2023

_____
Hon. Bernard G. Skomal
United States Magistrate Judge